Jean Sheng <jean@pabilaw.org>

## Proof of service receipt

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                                  Thu, Oct 30, 2025 at 5:25 PM
To: Jean Sheng <jean@pabilaw.org>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

Documents must be submitted as attachments; linked documents will not be accessed and will not be considered as proper service on the New York City Law Department. All documents submitted after 5:00PM will be considered served on the next business day.

Please be reminded that the Law Department Service Window remains open to accept service of papers on Tuesdays and Thursdays from 9:00 am until 5:00 pm.

Service of process on individuals should continue to proceed in a manner required by applicable law.

**This mailbox is only monitored for service. Please call (212) 356-1140** with any questions or concerns.



Jean Sheng <jean@pabilaw.org>

# Service of Complaint | Popovychenko v. Aviles-Ramos, et al. | 1:25-cv-08906-JMF
1 message

**Jean Sheng** <jean@pabilaw.org>  Thu, Oct 30, 2025 at 5:21 PM
To: ServiceECF@law.nyc.gov, "Lindeman, Thomas (LAW)" <tlindema@law.nyc.gov>, ETeszler@law.nyc.gov, "Miller Jr., Alfred (LAW)" <alfmille@law.nyc.gov>, "Moraru, Marina (LAW)" <mmoraru@law.nyc.gov>, Rory Bellantoni <rory@pabilaw.org>, Nicole Lancia <nicole@pabilaw.org>, Julia Nogueria <julia@pabilaw.org>, Ronan O'Sullivan <ronan@pabilaw.org>

Good Afternoon,

As you know, we represent plaintiffs in the above-captioned matter. As per the attached SUMMONS IN A CIVIL ACTION (Dkt #7) and the Court's Order (Dkt #5), Plaintiffs are hereby serving the Complaint (Dkt #1) and Civil Cover Sheet (Dkt #2).

When will you be available to schedule a conference for this matter?

Regards
Jin Sheng

**4 attachments**

**Dkt 7, Summons Issued, 10_29_2025.pdf**
71K

**Dkt 5, Order, 10_29_2025.pdf**
153K

**Dkt 1, Complaint, 10_27_2025.pdf**
242K

**Dkt 2, CIVIL COVER SHEET, 10_27_2025.pdf**
285K