

November 12, 2025

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Popovychenko et al. v. Aviles-Ramos et al.*, 25-cv-8906 (JMF)

Dear Judge Furman:

Pursuant to Your Honor's October 29, 2025 Order [ECF No. 5], the parties respectfully submit this joint letter on the following issues:

(1) Whether there is any need for discovery or an initial conference in this case

This case is an appeal of State Review Officer Decision No. 25-055 and consists of the administrative record in the underlying proceeding. Therefore, the parties submit that no further discovery or an initial conference is necessary in this matter.

Defendants note that Plaintiff's second cause of action appears to seek enforcement of pendency. However, Plaintiffs have not included any allegations regarding such a violation except to allege that IHO Tillyard "issued an interim pendency order stating that the Student's pendency placement was in a New York City specialized school." [ECF No. 1, ¶74.] Yet, Plaintiff seek pendency payments at iBrain. Further, Plaintiff seek money damages, a type of relief unavailable under the IDEA. The DOE intends to move to dismiss these specious claims on summary judgment. Finally, the DOE has not interposed an answer in this matter, and additionally seeks to cross-appeal the SRO decision. As such, the DOE requests to serve and file its Answer on or before December 5, 2025.

(2) If there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment

The parties propose the following briefing schedule for summary judgment motions and cross-motions:

- Plaintiff's motion due January 13, 2026;
- Defendants' opposition and cross-motion for summary judgment, if any, due February 20, 2026;

- Plaintiff's reply to Defendants' opposition and opposition to Defendants' cross-motion for summary judgment, if any, due March 13, 2026;
- Defendants' reply to Plaintiff's opposition due March 31, 2026.

Additionally, as this case is an appeal of an administrative officer's decision and is based on the underlying record, the parties respectfully request to waive the Rule 56.1 statements. Finally, the parties request to file the certified record under seal in this matter.

(3) Whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program)

The parties are willing and available to participate in a settlement conference, but believe that settlement of the matter is unlikely given the issues raised in Plaintiff's Complaint [ECF No. 1].

Respectfully submitted,

*Nicole Lancia*

Nicole Lancia, Esq.

The parties proposed briefing schedule is hereby ADOPTED.  The parties are granted leave to file the certified record under seal and need not file Rule 56.1 statements.  Additionally, by separate Order to be entered today, the Court is referring this case to the assigned Magistrate Judge for settlement purposes.  The parties shall contact the Chambers of the assigned Magistrate Judge to schedule a settlement conference to take place before **January 10, 2025.**

SO ORDERED.

November 14, 2025

2