The parties' proposed briefing schedule is hereby ADOPTED.  Any requests regarding the settlement conference shall be directed to Magistrate Judge Robyn F. Tarnofsky.

The Clerk of Court is directed to terminate ECF No. 17.

**LIBERTY & FREEDOM**
**LEGAL GROUP, LTD**

December 15, 2025

SO ORDERED.

*[signature]*

December 16, 2025

**VIA ECF**
Hon. Jesse M. Furman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Popovychenko et al. v. Aviles-Ramos et al.*, 25-cv-8906 (JMF)

Dear Judge Furman:

Pursuant to Your Honor's November 14, 2025 Order [ECF No. 11], on December 12, 2025, the parties met for a pre-settlement conference with Magistrate Judge Robyn F. Tarnofsky. However, the parties respectfully believe that this action involves questions of law on the propriety of SRO Decision No. 25-055 and as such, that settlement is highly unlikely.  To that end, the parties request that the settlement conference currently scheduled for January 5, 2026 be adjourned *sine die.*

The parties also respectfully request that the Court issue the briefing schedule for motions for summary judgment as set forth in the parties' letter dated (ECF No. 5). That proposed briefing schedule is as follows:

- Plaintiff's motion due January 16, 2026;
- Defendants' opposition and cross-motion for summary judgment, if any, due February 20, 2026;
- Plaintiff's reply to Defendants' opposition and opposition to Defendants' cross-motion for summary judgment, if any, due March 13, 2026;
- Defendants' reply to Plaintiff's opposition due March 27, 2026.

In that letter, the parties also requested to waive the Rule 56.1 statements and to file the certified record under seal in this matter.

Respectfully submitted,

*Nicole Lancia*

Nicole Lancia, Esq.

646-850-5035 | 30 East 33rd Street, 12th Floor, New York, NY 10016  | LibertyFreedom.law