Application GRANTED. The Clerk of Court is directed to terminate ECF No. 24.

SO ORDERED.

February 18, 2026



**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ALFRED MILLER, JR.**
*Assistant Corporation Counsel*
Phone: (212) 356-2392
AlfMille@law.nyc.gov

**BY EFC**

February 18, 2026

Hon. Jesse M. Furman
United States Magistrate Judge,
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     Popovychenko *v.* Aviles-Ramos 25-cv-08906 (JMF)

Your Honor:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendants Melissa Aviles-Ramos as Chancellor of the New York City Department of Education and the New York City Department of Education (collectively "City Defendants") in the above-referenced matter.

I write to seek a two week extension—from February 20, 2026 to March 6, 2026—to file the City Defendant's opposition to the Plaintiffs' Motion for Summary Judgement and its cross-motion for summary judgement. City Defendants make this request as they require additional time to prepare their opposition papers, which has been impacted by competing deadlines in other matters including an emergency motion. This is the City Defendant's first request for such extension of time to file its opposition and cross-motion.

Counsel for the Plaintiff, Liberty & Freedom Legal Group, consents to the requested extension. As the request effects the briefing schedule, the Parties propose to extend each existing deadline by two weeks. As such, the City Defendants requests the Court amend the briefing schedule as follows:

Defendant's Opposition and Cross-Motion for Summary Judgement: March 6, 2026.
Plaintiffs' Opposition and Reply: March 27, 2026
Defendant's Reply if any: April 10, 2026

Thank you for your time and consideration.

Respectfully,

Alfred Miller, Jr
Assistant Corporation Counsel

**VIA ECF ALL COUNSEL**