

**THE CITY OF NEW YORK**

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ALFRED MILLER, JR.**
*Assistant Corporation Counsel*
Phone: (212) 356-2392
AlfMille@law.nyc.gov

March 4, 2026

**BY EFC**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>Popovychenko *v.* Aviles-Ramos</u> 25-cv-08906 (JMF)

Dear Judge Furman:

   I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendants Kamar H. Samuels[1] as Chancellor of the New York City Department of Education and the New York City Department of Education (collectively "City Defendants") in the above-referenced matter.

   I write to seek a two week extension—from March 6, 2026 to March 20, 2026—to file the City Defendant's opposition to the Plaintiffs' Motion for Summary Judgement and its cross-motion for summary judgement. Plaintiffs have not interposed an Answer to the City Defendants' counterclaim. *See* ECF No. 12. As such, issue is not yet joined as to City Defendants' counterclaim to which they intend to move for summary judgement. This is the City Defendants' second request for an extension of time to file its opposition and cross-motion.

   The parties have conferred. Counsel for the Plaintiff, Liberty & Freedom Legal Group, consents to the requested extension, and additionally requests to file its Answer on or before March 11, 2026. The City Defendants consent to accepting Plaintiff's March 11, 2026 answer.

   As the request effects the briefing schedule, the Parties propose to extend each existing deadline by two weeks. As such, the City Defendants requests the Court amend the briefing schedule as follows:

---

[1] Effective January 1, 2026, Chancellor Kamar H. Samuels succeeded Melissa Aviles-Ramos as Chancellor of the New York City Department of Education. Pursuant to Fed. Rule of Civil Procedure Rule 25(d), Chancellor Samuels is automatically substituted as a party in this proceeding.

Plaintiff's Answer to the Defendant's counterclaim: March 11, 2026
Defendant's Opposition and Cross-Motion for Summary Judgement: March 20, 2026.
Plaintiffs' Opposition and Reply: April 10, 2026
Defendant's Reply if any: May 1, 2026

Thank you for your time and consideration.

Respectfully,

Alfred Miller, Jr
Assistant Corporation Counsel

**VIA ECF ALL COUNSEL**

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 26.

SO ORDERED.

March 4, 2026

2