Application GRANTED. The settlement conference scheduled for August 28, 2026 is adjourned sine die. The Clerk of Court is respectfully requested to terminate ECF 33.

Dated: July 27, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ALFRED MILLER, JR.**
*Assistant Corporation Counsel*
Phone: (212) 356-2392
AlfMille@law.nyc.gov

**BY EFC**

July 22, 2026

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Popovychenko *v.* Aviles-Ramos 25-cv-08906 (JMF)

Dear Judge Furman:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing Defendants Kamar H. Samuels as Chancellor of the New York City Department of Education and the New York City Department of Education (collectively "City Defendants") in the above-referenced matter.

I write to adjourn *sine die* the settlement conference Magistrate Judge Tarnofsky scheduled in this matter, currently scheduled for August 28, 2026. Before the Court are a fully briefed motion and cross-motion for summary judgement in this appeal of a State Review Officer's determination. ECF Nos. 21-23, 29-31. As noted in the letter seeking to brief the motions, "the parties respectfully believe that this action involves questions of law on the propriety of SRO Decision No. 25-055 and as such, that settlement is highly unlikely." ECF No. 17.

After further consideration, respectfully, a settlement conference in this matter continues to be unlikely to produce a settlement given our entrenched positions articulated in the respective motions. As such, and in an effort to not use this Court's judicial resources, I write to respectfulll request to adjourn the settlement conference *sine die*.

A prior request for this relief was raised to the Chambers of Judge Tarnofsky who directed that this request be made to Your Honor.

Thank you for your time and consideration.

Respectfully,

Alfred Miller, Jr
Assistant Corporation Counsel

**VIA ECF ALL COUNSEL**